Exhibit "C"

FORM 133 — Copyright© 1988 by BURKHART's Legal Forms, Tulsa, OK                                (For Filing Only)

# CONTRACT FOR DEED

THIS CONTRACT, made and entered into this __11th__ day of __September__, 19__96__, by and between __Hassan Masri and Suzanne Masri, h/w__ _____ Party of the First Part, and __Woodland Hills Properties Group__ _____ Party of the Second Part.

1. The undersigned first party hereby agrees to sell and the undersigned second party hereby agrees to buy for the total price of __Three Hundred Thousand Dollars and 00/00__ _____ Dollars ($ __300,000.00__ ), the following described real estate located in the County of __Sequoyah__, State of __Oklahoma__, to-wit:

SEE EXHIBIT "A"

2. The second party shall pay the purchase price to the first party as follows: __One Hundred Thousand Dollars and 00/00__ _____ Dollars ($ __100,000.00__ ) on the __11th__ of __September__, 19__96__, and __See paragraph 15 below__ on the __see 15__ day of each succeeding month thereafter until the full amount is paid, including interest at the ANNUAL PERCENTAGE RATE OF __see 15__ from this date until paid, together with a reasonable attorney's fee each time this contract is placed in the hands of an attorney for collection or enforcement by the first party after default by the second party.

3. The first party shall deliver possession of the said premises to the second party on or before the __11th__ day of __September__, 19__96__, and the second party shall be entitled to use and occupy the same so long as he shall keep and discharge the covenants herein and pay the installments as the same become due.

4. The second party shall not commit, or permit waste upon the said premises and shall be personally responsible to the first party for such waste as shall occur.

5. The second party shall keep all buildings and improvements of every kind and nature in good repair at his own cost and expense, free of any obligations on behalf of the first party and shall not permit any liens or encumbrances on the said premises.

6. The second party shall keep all buildings on the said premises insured for their full replacement value for the benefit of the first party at the second party's own cost and expense and shall deliver said insurance policies into the possession of the first party.

7. The second party shall pay all taxes and special assessments of every kind and nature becoming due after this date.

8. The second party shall not lease or sublet or surrender the occupancy of the said premises to any other person, firm or corporation without the written consent of the first party.

9. The second party shall not build or erect any improvements on the said premises without the written consent of the first party.

10. Upon the payment of all the purchase price herein set forth, together with all interest and other moneys due by virtue of this contract, first party agrees to make, execute and deliver to the second party, a good and sufficient warranty deed, conveying the said premises to the second party and shall deliver to the second party an abstract of title, showing good and merchantable title in the first party, except for such liens and encumbrances, taxes or other charges as the second party shall have allowed to accumulate or shall have placed thereon since the date of this contract.

11. The second party shall not sell or assign this contract of any of the rights or obligations thereunder without the consent in writing of the first party.

12. Any failure on the part of the second party to faithfully keep and perform all of the above covenants and agreements or to make any payments in the time and manner above specified, shall terminate the obligations of the first party hereunder, and said first party shall retain all payments theretofore made as agreed rental and liquidated damages and shall have and recover immediate possession of the said premises and the second party agrees that he will thereupon deliver the same.

13. This contract shall be binding upon the heirs, administrators, executors and assigns of both of the parties hereto, subject to the conditions herein.

14. No waiver by the first party of any breach committed by the second party shall have the effect of waiving any subsequent breach committed by the second party and the first party shall be entitled to rescind any and all waivers upon subsequent breach of the terms hereof.

15. The balance of $200,000.00 to be paid as follows: $100,000.00 payable at $50,000.00 plus 5% interest from 2-1-96 payable on February 15, 1997 and $50,000.00 plus 5% interest from February 15, 1997 to February 15, 1998 payable on February 15, 1998 and $100,000.00 payable in 5 equal annual payments of $20,000.00 plus 8% interest beginning September 11, 1997 with last payment September 11, 2002.

16. Seller will release any acre when paid $1,000.00.

WITNESS our hands, this the __11th__ day of __September__, 19__96__.

_____
Hassan Masri
_____
Suzanne Masri
(Party of the First Part)

_____
Woodland Hills Properties Group
(Party of the Second Part)

STATE OF __Oklahoma__
County of __Sequoyah__ } ss.         (Individual Acknowledgment)

Before me, the undersigned, a Notary Public, in and for said County and State, on this _____ day of _____, 19_____, personally appeared _____

to me known to be the identical person __s__ who executed the within and foregoing instrument, and acknowledged to me that __they__ executed the same __their__ free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this day and year first above written.

My commission expires __10-15-2000__                    _____ Notary Public

FORM 133 — Copyright© 1988 by BURKHART'S Legal Forms, Tulsa, OK

# CONTRACT FOR DEED

THIS CONTRACT, made and entered into this __11th__ day of __September__, 19__96__, by and between __Hassan Masri and Suzanne Masri, h/w__ _____ Party of the First Part,

and __Woodland Hills Properties Group__ _____ Party of the Second Part.

1. The undersigned first party hereby agrees to sell and the undersigned second party hereby agrees to buy for the total price of __Three Hundred Thousand Dollars and 00/100_____ Dollars ($__300,000.00__), the following described real estate located in the County of __Sequoyah__, State of __Oklahoma__, to-wit:

__SEE EXHIBIT "A"__

2. The second party shall pay the purchase price to the first party as follows: __One Hundred Thousand Dollars and 00/100_____ Dollars ($__100,000.00__) on the __11th__ of __September__, 19__96__, and __See paragraph 15 below__ on the __see 15__ day of each succeeding month thereafter until the full amount is paid, including interest at the ANNUAL PERCENTAGE RATE OF __see 15__ from this date until paid, together with a reasonable attorney's fee each time this contract is placed in the hands of an attorney for collection or enforcement by the first party after default by the second party.

3. The first party shall deliver possession of the said premises to the second party on or before the __11th__ day of __September__, 19__96__, and the second party shall be entitled to use and occupy the same so long as he shall keep and discharge the covenants herein and pay the installments as the same become due.

4. The second party shall not commit, or permit waste upon the said premises and shall be personally responsible to the first party for such waste as shall occur.

5. The second party shall keep all buildings and improvements of every kind and nature in good repair at his own cost and expense, free of any obligations on behalf of the first party and shall not permit any liens or encumbrances on the said premises.

6. The second party shall keep all buildings on the said premises insured for their full replacement value for the benefit of the first party at the second party's own cost and expense and shall deliver said insurance policies into the possession of the first party.

7. The second party shall pay all taxes and special assessments of every kind and nature becoming due after this date.

8. The second party shall not lease or sublet or surrender the occupancy of the said premises to any other person, firm or corporation without the written consent of the first party.

9. The second party shall not build or erect any improvements on the said premises without the written consent of the first party.

10. Upon the payment of all the purchase price herein set forth, together with all interest and other moneys due by virtue of this contract, first party agrees to make, execute and deliver to the second party, a good and sufficient warranty deed, conveying the said premises to the second party and shall deliver to the second party an abstract of title, showing good and merchantable title in the first party, except for such liens and encumbrances, taxes or other charges as the second party shall have allowed to accumulate or shall have placed thereon since the date of this contract.

11. The second party shall not sell or assign this contract of any of the rights or obligations thereunder without the consent in writing of the first party.

12. Any failure on the part of the second party to faithfully keep and perform all of the above covenants and agreements or to make any payments in the time and manner above specified, shall terminate the obligations of the first party hereunder, and said first party shall retain all payments theretofore made as agreed rental and liquidated damages and shall have and recover immediate possession of the said premises and the second party agrees that he will thereupon deliver the same.

13. This contract shall be binding upon the heirs, administrators, executors and assigns of both of the parties hereto, subject to the conditions herein.

14. No waiver by the first party of any breach committed by the second party shall have the effect of waiving any subsequent breach committed by the second party and the first party shall be entitled to rescind any and all waivers upon subsequent breach of the terms hereof.

15. The balance of $200,000.00 to be paid as follows: $100,000.00 payable at $50,000.00 plus 5% interest from 2-1-96 payable on February 15, 1997 and $50,000.00 plus 5% interest from February 15, 1997 to February 15, 1998 payable on February 15, 1998 and $100,000.00 payable in 5 equal annual payments of $20,000.00 plus 8% interest beginning September 11, 1997 with last payment September 11, 2002.

16. Seller will release any acre when paid $1,000.00.

WITNESS our hands, this the __11th__ day of __September__, 19__96__.

_/s/ Hassan Masri_
Hassan Masri

_/s/ Suzanne Masri_
Suzanne Masri
(Party of the First Part)

_/s/ J.W. Sanders_
Woodland Hills Properties Group
(Party of the Second Part)

STATE OF __Oklahoma__
County of __Sequoyah__      } ss.      (Individual Acknowledgment)

Before me, the undersigned, a Notary Public, in and for said County and State, on this ____ day of _____, 19____, personally appeared _____
to me known to be the identical person __s__ who executed the within and foregoing instrument, and acknowledged to me that __they__ executed the same __their__ free and voluntary act and deed for the uses and purposes therein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this day and year first above written.

_/s/ Ruby Roberts_
Notary Public

My commission expires __10-15-2000__