Exhibit "D"

14

Delmas Roberts Realty, INC.                                    September 11, 1996
Property Location: 24-11-26

SETTLEMENT STATEMENT

SALE PRICE:   $300,000.00

Less;

| | |
|---|---:|
| Seller Carry | $200,000.00 |
| Abstracting | 3,375.00 |
| Escrow Quiet Title | 3,000.00 |
| Recording | 80.00 |
| Mortgage Tax | 305.00 |
| Revenue Stamps | 450.00 |
| Tax Proration | 1,422.90 |
| Real Estate Commission: Delmas Roberts Realty, INC. | 10,000.00 |
| | $218,298.10 |

Net to Seller:                                                 81,367.10

Broker _____
        Delmas Roberts