15

Exhibit "E"

A. Settlement Statement | U.S. Department of Housing and Urban Development

OMB No. 2502-0265 (Exp. 12-31-86)

**B. Type of Loan**

1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins.
4. ☐ VA  5. ☐ Conv. Ins.

| 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|
|  |  |  |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| Woodland Hills Properties Group | Hassan Massri<br>Suzanne Massri |  |

| G. Property Location | H. Settlement Agent | |
|---|---|---|
| 24-11-26 Roland, OK | Delmas Roberts Realty, Inc. | |
|  | Place of Settlement | I. Settlement Date |
|  | Rt. 1 Box 397<br>Roland, OK 74954 | 9-18-96 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | 300,000.00 | 401. Contract sales price | 300,000.00 |
| 102. Personal property |  | 402. Personal property |  |
| 103. Settlement charges to borrower (line 1400) |  | 403. |  |
| 104. |  | 404. |  |
| 105. |  | 405. |  |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes    to |  | 406. City/town taxes    to |  |
| 107. County taxes    to |  | 407. County taxes    to |  |
| 108. Assessments    to |  | 408. Assessments    to |  |
| 109. |  | 409. |  |
| 110. |  | 410. |  |
| 111. |  | 411. |  |
| 112. |  | 412. |  |
| **120. Gross Amount Due From Borrower** | 300,000.00 | **420. Gross Amount Due To Seller** | 300,000.00 |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or earnest money |  | 501. Excess deposit (see instructions) |  |
| 202. Principal amount of new loan(s) |  | 502. Settlement charges to seller (line 1400) | 14,210.00 |
| 203. Existing loan(s) taken subject to |  | 503. Existing loan(s) taken subject to |  |
| 204. Seller Carry | 200,000.00 | 504. Payoff of first mortgage loan |  |
| 205. |  | 505. Payoff of second mortgage loan |  |
| 206. |  | 506. Seller Carry | 200,000.00 |
| 207. |  | 507. |  |
| 208. |  | 508. |  |
| 209. |  | 509. |  |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes    to |  | 510. City/town taxes    to |  |
| 211. County taxes 1-01-96 to 9-18-96 | 1,088.10 | 511. County taxes 1-01-96 to 9-18-96 | 1,088.10 |
| 212. Assessments    to |  | 512. Assessments    to |  |
| 213. |  | 513. Escrow for Quiet Title | 3,000.00 |
| 214. |  | 514. |  |
| 215. |  | 515. |  |
| 216. |  | 516. |  |
| 217. |  | 517. |  |
| 218. |  | 518. |  |
| 219. |  | 519. |  |
| **220. Total Paid By/For Borrower** | 201,088.10 | **520. Total Reduction Amount Due Seller** | 218,298.10 |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | 300,000.00 | 601. Gross amount due to seller (line 420) | 300,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | (201,088.10) | 602. Less reductions in amt. due seller (line 520) | (218,298.10) |
| 303. Cash  ☒ From  ☐ To Borrower | $98,911.90 | 603. Cash  ☒ To  ☐ From Seller | $81,701.90 |

L. Settlement Charges

| | | Paid From Borrowers Funds At Settlement | Paid From Seller's Funds At Settlement |
|---|---|---|---|
| 700. Total Sales/Broker's Commission based on price @ %= | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ 5,000.00 to Delmas Roberts Realty | | | |
| 702. $ 5,000.00 to Jack Southerland Real Estate | | | |
| 703. Commission paid at Settlement | | | 10,000.00 |
| 704. | | | |
| 800. Items Payable In Connection With Loan | | | |
| 801. Loan Origination Fee % | | | |
| 802. Loan Discount % | | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lender's Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. Assumption Fee | | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 900. Items Required By Lender To Be Paid In Advance | | | |
| 901. Interest from to @$ /day | | | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for years to | | | |
| 904. years to | | | |
| 905. | | | |
| 1000. Reserves Deposited With Lender | | | |
| 1001. Hazard Insurance months@$ per month | | | |
| 1002. Mortgage Insurance months@$ per month | | | |
| 1003. City property taxes months@$ per month | | | |
| 1004. County property taxes months@$ per month | | | |
| 1005. Annual assessments months@$ per month | | | |
| 1006. months@$ per month | | | |
| 1007. months@$ per month | | | |
| 1008. Aggregate escrow adjustment | | | |
| 1100. Title Charges | | | |
| 1101. Settlement or closing fee to | | | |
| 1102. Abstract or title search to Sequoyah County Abstract & Title | | | 3,375.00 |
| 1103. Title examination to | | | |
| 1104. Title Insurance binder to | | | |
| 1105. Document preparation to | | | |
| 1106. Notary fees to | | | |
| 1107. Attorney's fees to | | | |
| (includes above items numbers: ) | | | |
| 1108. Title insurance to | | | |
| (includes above items numbers: ) | | | |
| 1109. Lender's coverage $ | | | |
| 1110. Owner's coverage $ | | | |
| 1111. | | | |
| 1112. | | | |
| 1113. | | | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees: Deed $ 80.00 ; Mortgage $ ; Releases $ | | | 80.00 |
| 1202. City/county tax/stamps: Deed $ ; Mortgage $ 305.00 | | | 305.00 |
| 1203. State tax/stamps: Deed $ 450.00 ; Mortgage $ | | | 450.00 |
| 1204. | | | |
| 1205. | | | |
| 1300. Additional Settlement Charges | | | |
| 1301. Survey to waived | | | |
| 1302. Pest Inspection to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | 14,210.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Woodland Hills Properties Group

Borrowers

Hassan Massri
Suzanne Massri
Sellers

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent                           9-18-96
                                           Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.