Exhibit "F"

Exhibit "F"

FORM 7011

**JOINT TENANCY**
**WARRANTY DEED**
(INDIVIDUAL FORM)

I-2010-007467 Book 1237 Pg: 700
12/09/2010 9:56 am Pg 0700-0702
Fee: $17.00 Doc: $450.00
Vicki Sewney - Sequoyah County Clerk
State of Oklahoma

KNOW ALL MEN BY THESE PRESENTS:

That Hassan Masri and Suzanne Masri, h/w

_____, part ies of the first part,

in consideration of the sum of Ten Dollars and 00/00—————————————————Dollars

and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, do es hereby

grant, bargain, sell and convey unto Woodland Hills Properties Group

TAX STMT: 400 South Taylor Dr., Roland, OK.

as joint tenants and not as tenants in common, with the right of survivorship, the whole estate to vest in the survivor, parties of the second part, the following described real property and premises situate in Sequoyah County, State of Oklahoma, to-wit:

SEE ATTACHED EXHIBIT "A"

together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

TO HAVE AND TO HOLD said described premises unto the said parties of the second part, as such joint tenants, and to the heirs and assigns of the survivor, forever, free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and incumbrances of whatsoever nature.

Signed and delivered this 11th day of September 19 96

Hassan Masri                    Suzanne Masri

INDIVIDUAL ACKNOWLEDGMENT—OKLAHOMA FORM

STATE OF Oklahoma, County of Sequoyah, ss.

Before me, a Notary Public in and for said County and State, on this 11th day of September, 19 96, personally appeared Hassan Masri and Suzanne Masri, h/w

to me known to be the identical person s who executed the within and foregoing instrument, and acknowledged to me that they executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My commission expires 10-15-2060         Ruby Roberts  Notary Public

I-2010-007487 Book 1237 Pg: 701
12/09/2010 9:56 am Pg 0700-0702
Fee: $17.00   Doc: $450.00
Vicki Sawney - Sequoyah County Clerk
State of Oklahoma

# Abstract of Title

No. 92541

TO THE FOLLOWING DESCRIBED REAL ESTATE SITUATED IN

SEQUOYAH COUNTY, STATE OF OKLAHOMA,

TO-WIT:

The E½ NE¼ of Section 24, Township 11 North, Range 26 East lying East of an existing gravel road LESS the following tracts to wit:

A part of the NE¼ NE¼ of Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma, more particularly described as follows:
Commencing at the NE corner of said NE¼ NE¼; thence South 400 feet along the East line of said NE¼ NE¼; thence West 327 feet; thence North 400 feet; thence East 327 feet to the point of beginning.

LESS

Part of the NE¼ NE¼ of Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma described as follows:
Commencing at the NE corner of said Section 24, thence West 744.55 feet to the point of beginning; thence South 400.00 feet; thence West 217.80 feet; thence North 400.00 feet; thence East 217.80 feet to the point of beginning.

LESS

The South 330 feet of the SE¼ NE¼ of Section 24, Township 11 North, Range 26 East.

The E½ NW¼ NE¼ lying South and East of an existing gravel road in Section 24, Township 11 North, Range 26 East.

And

A part of the SW¼ NW¼ NE¼ described as beginning at a point on the East line of said 10 acres, a distance of 150 feet South of the centerline of an existing gravel road for the true point of beginning; thence running in a southwesterly direction, parallel to and a depth of 150 feet from said existing gravel road to the West line of the NE¼; thence South along said West line of the NE¼ to the South line of the SW¼ NW¼ NE¼; thence East to the SE Corner of said SW¼ NW¼ NE¼; thence North to the point of beginning, Section 24, Township 11 North, Range 26 East.

And

All that part of the SW¼ NE¼ lying North and East of proposed Woodland Hills Phase VI and proposed Woodland Hills Phase VIII, being unrecorded plats in Section 24, Township 11 North, Range 26 East.

Legal continued on next page

SEQUOYAH COUNTY ABSTRACT & TITLE

I-2010-007487 Book 1237 Pg: 702
12/09/2010  9:56 am  Pg 0700-0702
Fee:  $17.00   Doc:  $450.00
Vicki Sawney - Sequoyah County Clerk
State of Oklahoma

Page 2                    Continuation of Legal Description

A part of the NE¼ SE¼ NW¼ of Section 24, Township 11 North, Range 26 East, described as beginning at a point on the East line of said 10 acres a distance of 150 feet south of the centerline of an existing gravel road for the true point of beginning; thence running in a Southwesterly direction, parallel to and a depth of 150 feet from said existing gravel road to a point on the West line of said NE¼ SE¼ NW¼; thence South to the SW corner of the NE¼ SE¼ NW¼; thence East to a point on the Northeasterly line of proposed Woodland Hills Phase VIII; thence S 74°00'42" E along the Northeasterly line of proposed Woodland Hills Phase VIII; thence in a Southeasterly direction along proposed Woodland Hills Phase VIII to the East line of the NE¼ SE¼ NW¼; thence North to the point of beginning.