Exhibit "G"

FORM 7019

**JOINT TENANCY**
**QUIT CLAIM DEED**
(INDIVIDUAL FORM)

I-2010-007824  Book 1238  Pg: 802
12/27/2010  2:10 pm  Pg 0802-0802
Fee: $13.00   Doc: $450.00
Vicki Sawney - Sequoyah County Clerk
State of Oklahoma

KNOW ALL MEN BY THESE PRESENTS:

That Hassan Masri and Suzanne Masri, husband and wife

_____, part ies of the first part,

in consideration of the sum of Ten Dollars and 00/00-------------------------------- dollars
and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, do es hereby
quitclaim, grant, bargain, sell and convey unto Tommy Roberts and Judy Roberts, husband and wife
100 South Taylor Drive
Roland, OK, 74954

as joint tenants and not as tenants in common, with the right of survivorship, the whole estate to vest in the survivor, parties of the second part, the following described real property and premises situate in _____
Sequoyah County, State of Oklahoma, to-wit:

N½ SE¼ NE¼, N½ S½ SE¼ NE¼, and the NE¼ NE¼, all in Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma.
W½ NE¼; and the E½ NW¼; lying South and East of Interstate 40, all in Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma.
LESS: The South 330' of the E½ NE¼ of Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma.
LESS: Part of the NE¼ NE¼, Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma, described as Beginning at the NE Corner of said NE¼ NE¼; thence South 400' along the East line of the NE¼ NE¼; thence West 327'; thence North 400'; thence East 327' to the point of beginning.
LESS: Part of the NE¼ NE¼, Section 24, Township 11 North, Range 26 East, described as beginning at the NE Corner of said NE¼ NE¼; thence West 744.55' to the point of beginning; thence South 400'; thence West 217.80'; thence North 400'; thence East 217.80' to the point of beginning.
LESS: All recorded Woodland Hills subdivision phases.
LESS: The proposed Woodland Hills phase XII, which is an unrecorded plat, all in Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma.

together with all and singular the hereditaments and appurtenances thereunto belonging.
  TO HAVE AND TO HOLD the above described premises unto the said parties of the second part as joint tenants, and to the heirs and assigns of the survivor forever.
  Signed and delivered this 27th day of August, 2003.

_____          _____
Hassan Masri                         Suzanne Masri

INDIVIDUAL ACKNOWLEDGMENT—OKLAHOMA FORM

STATE OF OKLAHOMA, County of SEQUOYAH, SS.
  Before me, a Notary Public in and for said County and State, on this 27th day of August, 2003, personally appeared Hassan Masri and Suzanne Masri, husband and wife
to me known to be the identical person s who executed the within and foregoing instrument, and acknowledged to me that executed the same as their free and voluntary act and deed for the uses and purposes therein set forth.
  Given under my hand and seal the day and year last above written.
  My commission expires 1/29/07

_____ Notary Public