(Corporative Form)

004744

# WARRANTY DEED

BOOK 0731 PAGE 146

KNOW ALL MEN BY THESE PRESENTS:

That __Woodland Hills, Inc._____

_____ a corporation, party of the first part,

In consideration of the sum of __Ten and No/100__ _____ dollars,

and other valuable considerations, in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell and

convey unto __R. M. R. Properties_____

c/o P.O. Box 397    Roland, Oklahoma

party(ies) of the second part, the following described real property and premises situate in __Sequoyah__

County, State of Oklahoma, to-wit:

See "Exhibit A" attached for complete legal description

[County Clerk filing stamp: AUG 12 1993, Donna Jameson, County Clerk]

together with all the improvements thereon and the appurtenances thereunto belonging and warrant the title to the same.

TO HAVE AND TO HOLD said described premises unto the said party(ies) of the second part(ies) (his) (their) heirs and assigns forever free, clear and discharged of and from all former grants, charges, taxes, judgments, mortgages and other liens and encumbrances of whatsoever nature, EXCEPT

Signed and delivered this __3rd__ day of __August__, 19__93__

WOODLAND HILLS, INC.

ATTEST:
(SEAL)

_____[signature]_____ Secretary          By _____[signature] Jim Carson_____ President

Note—See delivery requirements appearing on the reverse side hereof.

## CORPORATION ACKNOWLEDGMENT (Oklahoma Form)

STATE OF __Oklahoma__, County of __Adair__, ss:

On this __3rd__ day of __August__, A.D. 19__93__, before me, the undersigned, a Notary Public in and for the County and State aforesaid, personally appeared __Tom J. Carson and Jim Carson__ to me known to be the identical person who signed the name of the maker thereof to the within and foregoing instrument as __Secretary & V. President__ and acknowledged to me that he executed the same as his free and voluntary act and deed and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My commission expires __1-14-94__       _____[signature]_____ Notary Public

(SEAL)

NOTE—The LOCAL AGENT for FIRST AMERICAN TITLE INSURANCE COMPANY, Oklahoma City, furnishes this form to ATTORNEYS, as a courtesy and for their convenience. All legal instruments should be prepared or supervised by ATTORNEYS.

Warranty Deed (Statutory Form Corporation) #9502



0211

JB

EXHIBIT "A"

BOOK 0731 PAGE 147

The attached descriptions in the deeds also attached
and included in Book 277 Page 197 and Book 277 Page 545.

All lands being conveyed are in Section 24 Township 11 North, Range 26 East
Sequoyah County, Oklahoma.

It being the intent of the Grantors herein to convey all of the Property owned
by Woodland Hills Inc. LESS PARTS SOLD and LESS THE FOLLOWING;

*The Original WOODLAND HILLS ADDITION, PHASE II WOODLAND HILLS, PHASE III
WOODLAND HILLS, PHASE IV WOODLAND HILLS, PHASE V WOODLAND HILLS, PHASE VI
WOODLAND HILLS, and PHASE VII WOODLAND HILLS, all Additions to the town
Of Roland, Sequoyah County, Oklahoma.
*NOTE PHASES V, VI and VII ARE UNFILED PLATS and a pt of N½ NW SE and SW SW SW NE and
SE SE NW and S½ SW NE and W½ SW SW SE NE of SECTION 24 TWP 11 N Rng 26 East
LESS The South 330 feet of the E½ of the NE¼ of Section 24 Township 11 North,
Range 26 East, Sequoyah County, Oklahoma.

Less and Except all Minerals and mineral rights.

Less one square acre in the NE Corner of the NE¼ NW¼ NE¼, Section 24,
Township 11 North, Range 26 East, Sequoyah County, Oklahoma.

Less a tract of land described as follows:
Beginning at the NW Corner of Lot 70, Woodland Hills Phase III thence
S57°0'00"W 60 feet; thence N32°50'00"W 6.20 feet; thence S57°10'00"W
150 feet to the NW Corner of Lot 103 Woodland Hills Phase III thence N32°50'00"W 283.80
feet thence  N57°10'00"E 210 feet; thence S32°50'00"E 290 feet to the
NW Corner of Lot 70 Woodland Hills Phase III and the point of beginning,
all in Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma

Signed for identification:    WOODLAND HILLS, INC
                              _____
                              Ray Roberts

0212

EXHIBIT "A" CONTINUED

BOOK 0731 PAGE 148

#411970

GENERAL WARRANTY DEED

Dated November 7, 1962.   Filed for record November 16, 1962 at 4 P. M. and duly recorded in book 277 page 197.

William H. Bule and Delilah Bule
husband and wife

To

Woodland Hills Development Company,
a Corporation

Consideration: $1.00 and other valuable considerations

Grant, bargain, sell and convey

The E½ E½ & NW¼ SE¼ & N½ NE¼ SW¼ & S½ SE¼ NW¼ & S½ SW¼ NE¼ & South 268 feet of the N½ SW¼ NE¼ & South 298 feet of the N½ SE¼ NW¼ Section 24, Township 11 North, Range 26 East,

A tract or parcel of land located in the NE¼ SW¼ NW¼ of Section 24, Township 11 North, Range 26 East particularly described as follows: Begin at the SE corner of said NE¼ SW¼ NW¼ of said Section 24-11N-26E for a point of beginning; thence West along the South line of said ten acres to a point on the South line of U. S. Highway 40; thence Northeasterly along the South line of U. S. Highway 40 to a point on the East line of said ten acres where said U. S. Hy 40 intersects the East line of said ten acres to the point of beginning; all being located in the SE corner of the NE¼ SW¼ NW¼ of Section 24-11N-26E.

And a tract or parcel of land located in the NW¼ SE¼ NW¼ of Section 24, Township 11 North, Range 26 East and particularly described as follows: Begin at the NW corner of said NW¼ SE¼ NW¼ of Section 24-11N-26E; thence South along the West line of said ten acres a distance of 274 feet; thence East parallel with the South line of said ten acres a distance of 337 feet for a point of beginning; thence North parallel with the East line of said ten acres to a point on the South line of U. S. Hy 40, thence Southeasterly along the South line of said U. S. Hy 40 to the point where a line running East intersects with the South line



0213



EXHIBIT "A" CONTINUED

BOOK 0731 PAGE 149

of U. S. Highway 40; thence East on a line parallel with the South line of said ten acres to the point of beginning; all being in the NW¼ SE¼ NW¼ of Section 24, Township 11 North, Range 26 East, and

The South 8 acres of the NW¼ NE¼; and

A tract of land described as follows: Begin at the SE corner of the SE¼ NE¼ for a starting point; thence South along the East line of the NE¼ NW¼ NE¼ a distance of 362 feet; thence due West to a point on the Highway of U. S. Highway 40; thence Northeasterly along the South line of said U. S. Highway 40 to a point on the one-half mile line of Section 24-11N-26E; thence South along the said one-half mile line to the SW¼ NW¼ NE¼; thence East along the South line of said NW¼ NE¼ to the point of beginning, all being in Section 24-11N-26E

EXCEPT an undivided one-half interest in the oil, gas and other minerals which is excluded from this conveyance and reserved unto the undersigned grantors

WARRANT AND FOREVER DEFEND
$198.00 revenue cancelled

Signed: William H. Dule
        Delilah Dule

STATE OF ARKANSAS
COUNTY OF SEBASTIAN, SS

Acknowledged November 6, 1962 by William H. Dule and Delilah Dule husband and wife before Mildred Wilson, Notary Public, in and for said county and state whose commission expires 9/1/66........Seal

0214

EXHIBIT "A" CONTINUED AND FINAL PAGE

BOOK 0731 PAGE 150



0215