(Individual Form)

# REAL ESTATE MORTGAGE

KNOW ALL MEN BY THESE PRESENTS:       BOOK **0731** PAGE **151**

That <u>Delmas Roberts and Ruby Roberts, husband and wife AND Hassan Masri and</u>

<u>Suzanne Masri, husband and wife AND Roy Roberts and Betty Roberts, husband and wife</u>

_____, hereinafter called Mortgagor, whether one or more, has mortgaged,

and hereby mortgages, to <u>Woodland Hills, Inc.</u>

hereinafter called Mortgagee, whether one or more, the following described real estate and premises, situate in_____

_____ Sequoyah _____ County, State of Oklahoma, to-wit:

See "Exhibit A" attached for complete legal description

The Mortgagee herein agrees to release any acre when paid $1,000.00 per acre.

with all the improvements thereon and appurtenances thereunto belonging; and warrant the title to the same,

This mortgage is given to secure the payment of the principal sum of <u>Three Hundred Thousand and No/100</u>
dollars, and interest thereon, according to the terms of a certain promissory note or notes of even date herewith, signed by the
mortgagor, the final payment thereon being due <u>February 1, 1998</u>

The mortgagor further agrees to maintain insurance acceptable to, and for the benefit of, the mortgagee, upon the buildings
on said premises in an amount not less than the indebtedness due the mortgagee. The mortgagor further agrees to pay all taxes
and assessments upon said premises before the same become delinquent, and to keep the premises free of any liens or claims
which might become prior to the lien hereof. In event of the failure of the mortgagor so to do, the mortgagee may effect insur-
ance or pay such taxes, assessments or other liens, and shall have a lien secured hereby for the amount thereof with interest
thereon at the rate of ten per cent, per annum.

In event the mortgagor defaults in the payment of said indebtedness, or fails to perform the other covenants and agreements
hereof, the mortgagee may foreclose this mortgage, as provided by law; and as often as any proceedings may be taken to fore-
close this mortgage, the mortgagor agrees to pay to the mortgagee a sum equal to ten per cent of the amount due as reasonable
attorney's fees, cost of extending the abstract to date, and statutory fees, in addition to other sums due, which shall be a further
lien secured hereby. Upon the due payment of said indebtedness and the performance of other covenants and agreements hereof
by the mortgagor, this mortgage shall become null and void.

The mortgagor, in event of a foreclosure hereunder, hereby waives appraisement of said premises, or not, at the option of
the mortgagee to be declared when the petition to foreclose is filed.

Signed and delivered this <u>3rd</u> day of <u>August</u> 19<u>93</u>.

_____       _____
Delmas Roberts                      Ruby Roberts

_____       _____
Hassan Masri                       Suzanne Masri

Roy Roberts                       Betty Roberts

---

## INDIVIDUAL ACKNOWLEDGMENT

STATE OF <u>Oklahoma</u>, County of <u>Sequoyah</u>, SS.

Before me, the undersigned, a Notary Public in and for said County and State, on this <u>3rd</u> day of
<u>August</u> 19<u>93</u>, personally appeared <u>Delmas Roberts and Ruby Roberts</u>

<u>husband and wife and Hassan Masri and Suzanne Masri, husband and wife</u>

<u>Roy Roberts and Betty Roberts, husband and wife</u>

to me known to be the identical person(s) who executed the within and foregoing instrument, and acknowledged to me that (he)
(she) (they) executed the same as (his) (her) (their) free and voluntary act and deed for the uses and purposes therein set forth.

Given under my hand and seal the day and year last above written.

My commission expires <u>October 2, 1993</u>       _____, Notary Public
                                             Shirley Crawford

(AL)

NOTE—The LOCAL AGENT for FIRST AMERICAN TITLE INSURANCE COMPANY, Oklahoma City, furnishes this form to ATTORNEYS
as a convenience. All legal instruments should be prepared or supervised by ATTORNEYS.

3

IN RECORDED DOCUMENT TO:

EXHIBIT "A"

BOOK **0731** PAGE **152**

The attached descriptions in the deeds also attached
and included in Book 277 Page 197 and Book 277 Page 545.

All lands being conveyed are in Section 24 Township 11 North, Range 26 East
Sequoyah County, Oklahoma.

It being the intent of the Grantors herein to convey all of the Property owned
by Woodland Hills Inc. LESS PARTS SOLD and LESS THE FOLLOWING;

*The Original WOODLAND HILLS ADDITION, PHASE II WOODLAND HILLS, PHASE III
WOODLAND HILLS, PHASE IV WOODLAND HILLS, PHASE V WOODLAND HILLS, PHASE VI
WOODLAND HILLS, and PHASE VII WOODLAND HILLS, all Additions to the town
Of Roland, Sequoyah County, Oklahoma,
*NOTE: PHASES V,VI and VII ARE UNFILED PLATS, being a pt of N¼ NW SE AND SW SW SW NE AND
SE SE NW S¼ SW NE AND W¼ SW SW SE NE OF SECTION 24 TWP 11 N RNG 26 EAST
LESS The South 330 feet of the E¼ of the NE¼ of Section 24 Township 11 North,
Range 26 East, Sequoyah County, Oklahoma,

Less and Except all Minerals and mineral rights.

Less one square acre in the NE Corner of the NE¼ NW¼ NE¼, Section 24,
Township 11 North, Range 26 East, Sequoyah County, Oklahoma.

Less a tract of land described as follows:
Beginning at the NW Corner of Lot 70, Woodland Hills Phase III thence
S57°0'00"W 60 feet; thence N32°50'00"W 6.20 feet; thence S57°10'00"W
150 feet to the NW Corner of Lot 103 Woodland Hills Phase III thence N32°50'00"W 283.80
feet thence  N57°10'00"E 210 feet; thence S32°50'00"E 290 feet to the
NW Corner of Lot 70 Woodland Hills Phase III and the point of beginning,
all in Section 24, Township 11 North, Range 26 East, Sequoyah County, Oklahoma

STATE OF OKLAHOMA
COUNTY OF SEQUOYAH
This instrument was filed for record in
the County Clerk's Office.

**AUG 1 2 1993**

At 3 O'Clock P M., and is Recorded
in Book No. 731 Page No. 151-152
BY DONNA JAMISON, County Clerk
Deputy

Signed for identification:

WOODLAND HILLS, INC.

4