PROMISSORY NOTE

$ 300,000.00                                    Sallisaw, Oklahoma

                                                Date:  August 3, 1993

     For value received, the undersigned (jointly and severally, if more than one) promise__ to pay to the order of__WOODLAND HILLS INC. as follows: One hundred thousand & NO/00 ($100,000.00) due 2-1-94 with no interest and the principal sum of Two hundred thousand dollars and 00/100--------($200,000.00 with interest from 2-1-94 at the rate of five (5%) percent per annum on the unpaid balance.

     Such indebtedness shall be payable at $ 50,000.00 Plus 5% annually on unpaid balanc Fifty thousand dollars plus 5% annual interest        ($50,000.00+5% ) commencing on the  1st day of February    ,1995, and on the 1st         day of each February of each year thereafter until the principal and interest are fully paid.

     Default in the payment of any installment when due, either in whole or in part, at the option of the holder hereof, shall cause the whole principal sum and interest thereon to become due and payable at once, without notice.  If this note shall be placed in the hands of an attorney for collection, the undersigned agree to pay a sum of equal to 10% of the amount due, but not less than $100.00, as attorney's fee, in addition to other sums due hereunder.

     The makers and endorsers of this note severally waive demand, protest and notice of demand, protest and nonpayment.

_____
Delmas Roberts

_____
Ruby Roberts

_____
Hassan Masri

_____
Suzanne Masri

_____
Roy Roberts

_____
Betty Roberts

5