AGREEMENT

RE: Woodland Hills Acreage                    Contract Date: 9-11-97

Buyers: Woodland Hills Properties Group

Sellers: Hassan Masri and Suzanne Masri

I/We do hereby as Sellers agree to the following:

I/We do hereby agree to accept as payment for the September 2, 1997 payment which is due in the amount of $28,000.00 the amount of $8,000.00. The remaining $20,000.00 is to go for repurchase of a tract of land that is described and attached hereto.


_____
Hassan Masri


_____
Suzanne Masri


*33*

34

Beginning at the NW Corner of Lot 42, Woodland Hills Phase VIII; thence N57°10'E 510.36 feet; thence N0°E 375.13 feet; thence S57°14'33" W 601.11 feet; thence S 02°54'41" E 329.53 feet; thence N87°36'00" E 60 feet to the Point of Beginning.

34